# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ELEMENT BIOSCIENCES, INC., <br><br> Defendant. | ) ) ) ) ) C.A. No. ) ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) |

## PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs disclose that Illumina Cambridge, Ltd. is a subsidiary of Illumina, Inc. and that no parent corporation owns 10% or more of Illumina, Inc.'s stock.  Plaintiffs further disclose that:

1. BlackRock, Inc., a publicly held corporation, owns 10% or more of Illumina, Inc.'s stock.

OF COUNSEL:
Keith R. Hummel
Sharonmoyee Goswami
Jonathan D. Mooney
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

Dated:  May 15, 2025

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Plaintiffs*

RLF1 32969303v.1