# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD. | ) ) ) |
| Plaintiffs, | ) C.A. No. ) |
| v. | ) ) **JURY TRIAL DEMANDED** |
| ELEMENT BIOSCIENCES, INC. | ) ) |
| Defendant. | ) |

## NOTICE OF FILING OF MULTI-MEDIA MATERIALS

PLEASE TAKE NOTICE that on May 15, 2025, Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd. caused to be lodged with the Court a USB drive containing Exhibits 24–25 and 28–29 to the Complaint.

OF COUNSEL:

Keith R. Hummel
Sharonmoyee Goswami
Jonathan D. Mooney
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

Dated: May 15, 2025

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Plaintiffs*