AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD.,

*Plaintiff(s)*

v.

ELEMENT BIOSCIENCES, INC.,

*Defendant(s)*

Civil Action No. 1:25-cv-00602-UNA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Element Biosciences, Inc.
c/o Incorporating Services, Ltd.
3500 S DuPont Hwy
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/15/2025

*Osiris Aguilar*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-00602-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ELEMENT BIOSCIENCES, INC.
was received by me on *(date)* 05/15/2025

☐ I personally served the summons on the individual at *(place)* _____
   on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   , a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* INCORPORATING SERVICES, LTD., AS REGISTERED AGENT, ACCEPTED BY MEGAN GONZALEZ (MANAGING AGENT EMPLOYED AT REGISTERED AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* ELEMENT BIOSCIENCES, INC.
   3500 S DUPONT HWY, DOVER, DE 19901   on *(date)* 05/15/2025

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 05/15/2025

*Server's signature*

FRANK PRITCHETT                                PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT WITH JURY TRIAL DEMANDED; EXHIBITS; PLAINTIFFS RULE 7.1 CORPORATE DISCLOSURE STATEMENT; NOTICE OF FILING OF MULTI-MEDIA MATERIALS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; LOCAL RULE 73.1;