## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 25-602-RGA |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| ELEMENT BIOSCIENCES, INC., | ) ) | |
| Defendant. | ) | |

### MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Keith R. Hummel, Sharonmoyee Goswami and Jonathan D. Mooney of Cravath, Swaine & Moore LLP, Two Manhattan West, 375 Ninth Avenue, New York, New York 10001 to represent Plaintiffs Illimina, Inc. and Illumina Cambridge, Ltd. in this matter.

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

Dated:  May 22, 2025                    *Attorneys for Plaintiffs*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac*

*vice* is granted.

_____
United States District Judge

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order: Annual Registration Fee / Pro Hac Vice Fee, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Keith R. Hummel
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
khummel@cravath.com

Dated: May 22, 2025

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order: Annual Registration Fee / Pro Hac Vice Fee, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Sharonmoyee Goswami
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
sgoswami@cravath.com

Dated:  May 22, 2025

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, am admitted, practicing and in good standing as a member of the Bar of the

State of New York and pursuant to Local Rule 83.6 submit to the disciplinary

jurisdiction of this Court for any alleged misconduct which occurs in the preparation

or course of this action.  I also certify that I am generally familiar with this Court's

Local Rules.  In accordance with Standing Order: Annual Registration Fee / Pro Hac

Vice Fee, I further certify that the annual fee of $50.00 will be submitted to the

Clerk's Office upon the filing of this motion.

Jonathan D. Mooney
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
jmooney@cravath.com

Dated:  May 21, 2025