# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ELEMENT BIOSCIENCES, INC. <br><br> Defendant. | C.A. No. 25-602-RGA |

## UNOPPOSED MOTION AND ORDER FOR EXTENSION OF TIME

Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd. ("Plaintiffs"), at the request of Defendant Element Biosciences, Inc. ("Defendant"), respectfully move this Court to extend the deadline for Defendant to answer, move, or otherwise respond to Plaintiffs' Complaint until July 14, 2025.

Dated: June 2, 2025

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd.*

SO ORDERED this ___ day of _____, 2025

_____
United States District Judge

RLF1 33079361v.1