# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD., | ) ) ) |
| Plaintiffs, | ) C.A. No. 25-602-RGA ) |
| v. | ) ) ) **JURY TRIAL DEMANDED** |
| ELEMENT BIOSCIENCES, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF FILING OF MULTI-MEDIA MATERIALS

PLEASE TAKE NOTICE that on June 11, 2025, Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd. caused to be lodged with the Court a USB drive containing Exhibits 25–26 and 29–30 to the Amended Complaint.

OF COUNSEL:

Keith R. Hummel
Sharonmoyee Goswami
Jonathan D. Mooney
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

Dated: June 11, 2025

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2025, true and correct copies of the foregoing document were caused to be served on the following counsel of record as indicated:

**BY HAND DELIVERY**
Element Biosciences, Inc.
c/o Incorporating Services, Ltd.
3500 S DuPont Hwy
Dover, DE 19901

                                                */s/ Kelly E. Farnan*
                                                Kelly E. Farnan (#4395)
                                                farnan@rlf.com