AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Delaware__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>25-602 | DATE FILED<br>5/15/2025 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>Illumina, Inc. and Illumina Cambridge, Ltd. | | DEFENDANT<br>Element Biosciences, Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  12,151,241 | 11/26/2024 | Ilumina Cambridge, Ltd. |
| 2  8,951,781 | 2/10/2015 | Illumina Cambridge, Ltd. |
| 3  11,117,130 | 9/14/2021 | Illumina Cambridge, Ltd. |
| 4  11,697,116 | 7/11/2023 | Illumina Cambridge, Ltd. |
| 5  12,251,702 | 3/18/2025 | Illumina Cambridge, Ltd. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>6/11/2025 | INCLUDED BY<br>☑ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  12,325,028 | 6/10/2025 | Illumina Cambridge, Ltd. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2025, true and correct copies of the foregoing document were caused to be served on the following counsel of record as indicated:

**BY HAND DELIVERY**
Element Biosciences, Inc.
c/o Incorporating Services, Ltd.
3500 S DuPont Hwy
Dover, DE 19901

 

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com