# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD., | ) <br> ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) C.A. No. 25-602-RGA |
| v. | ) <br> ) <br> ) |
| ELEMENT BIOSCIENCES, INC., | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd. (collectively "Plaintiffs") and Defendant Element Biosciences, Inc. ("Defendant") hereby stipulate and agree, through their undersigned counsel and subject to the approval of the Court, that the time for Defendant to answer, move, or otherwise respond to Plaintiffs' Amended Complaint (D.I. 12) is extended to and including July 28, 2025.

Dated: June 11, 2025

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Kelly E. Farnan* | /s/ *Pilar G. Kraman* |
| Kelly E. Farnan (No. 4395) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> farnan@rlf.com | Pilar G. Kraman (No. 5199) <br> Jennifer P. Siew (No. 7114) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> pkraman@ycst.com <br> jsiew@ycst.com |
| *Attorneys for Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd.* | *Attorneys for Defendant Element Biosciences, Inc.* |

SO ORDERED this _____ day of _____ 2025.

_____
The Hon. Richard G. Andrews
United States District Judge