IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ELEMENT BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 25-602-RGA |

**DEFENDANT ELEMENT BIOSCIENCES, INC.'S PARTIAL MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Element Biosciences, Inc. ("Element") moves to dismiss Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd.'s claims for indirect infringement and relief sought for willful infringement and pre-suit damages in Illumina's Amended Complaint (D.I. 12). The grounds for this Motion are set forth in Element's Opening Brief filed contemporaneously.

Dated: July 28, 2025

*Of Counsel*:

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Kevin P.B. Johnson
Andrew J. Bramhall
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
andrewbramhall@quinnemanuel.com

David Bilsker
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidbilsker@quinnemanuel.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Pilar G. Kraman*
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Defendant Element Biosciences, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| Kelly E. Farnan<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>farnan@rlf.com | Keith R. Hummel<br>Sharonmoyee Goswami<br>Jonathan D. Mooney<br>Cravath, Swaine & Moore LLP<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>khummel@cravath.com<br>sgoswami@cravath.com<br>jmooney@cravath.com |

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Pilar G. Kraman*
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
jsiew@ycst.com
dmackrides@ycst.com

*Attorneys for Element Biosciences, Inc.*