# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ELEMENT BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 25-602-RGA |

## [PROPOSED] ORDER

WHEREAS, the Court having considered Defendant Element Biosciences, Inc.'s Partial Motion to Dismiss Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd.'s Amended Complaint (D.I. 12) (the "Motion") and the papers submitted in connection therewith:

IT IS HEREBY ORDERED this ___ day of _____, 202_, that:

1. The Motion is GRANTED; and

2. The claims for indirect infringement and relief sought for willful infringement and pre-suit damages are DISMISSED.

_____
The Honorable Richard G. Andrews
United States District Court Judge