**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ELEMENT BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 25-602-RGA |

**MOTION AND [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Kevin P.B. Johnson, Andrew J. Bramhall, and David Bilsker, of Quinn Emanuel Urquhart & Sullivan, LLP, to represent defendant Element Biosciences, Inc. in the above-captioned action.

Dated: July 28, 2025

*Of Counsel*:

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Kevin P.B. Johnson
Andrew J. Bramhall
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
andrewbramhall@quinnemanuel.com

David Bilsker
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidbilsker@quinnemanuel.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Pilar G. Kraman*
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Defendant Element Biosciences, Inc.*

## [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED that Element Biosciences, Inc.'s Motion for Admission *Pro Hac Vice* of Kevin P.B. Johnson, Andrew J. Bramhall, and David Bilsker, is GRANTED.


Date: _____, 2025


_____
United States District Judge

**<u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>**

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bars of the State of California and the State of New York, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order Re: Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 will be submitted to the Clerk of the Court upon the filing of this motion.

Dated:  July 28, 2025

_____

Kevin P.B. Johnson
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
kevinjohnson@quinnemanuel.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bars of the State of California and the State of Florida, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order Re: Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 will be submitted to the Clerk of the Court upon the filing of this motion.


Dated:  July 28, 2025                      /s/ *David Bilsker*
                                            David Bilsker
                                            Quinn Emanuel Urquhart & Sullivan, LLP
                                            50 California Street, 22nd Floor
                                            San Francisco, CA 94111
                                            (213) 443-3000
                                            davidbilsker@quinnemanuel.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of the State of California, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order Re: Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 will be submitted to the Clerk of the Court upon the filing of this motion.

Dated:  July 28, 2025

/s/ *Andrew J. Bramhall*
Andrew J. Bramhall
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
andrewbramhall@quinnemanuel.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 28, 2025, a copy of the foregoing document

was served on the counsel listed below in the manner indicated:

**<u>BY EMAIL</u>**

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
farnan@rlf.com

Keith R. Hummel
Sharonmoyee Goswami
Jonathan D. Mooney
Cravath, Swaine & Moore LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
khummel@cravath.com
sgoswami@cravath.com
jmooney@cravath.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Pilar G. Kraman*
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
jsiew@ycst.com
dmackrides@ycst.com

*Attorneys for Element Biosciences, Inc.*