IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 25-602-RGA |
| v. | ) ) | |
| ELEMENT BIOSCIENCES, INC. | ) ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND TIME**

WHEREAS, Defendant Element Biosciences, Inc. ("Element") filed a Partial Motion to Dismiss (D.I. 18);

WHEREAS, Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd. ("Illumina") requested additional time to respond to the Partial Motion to Dismiss and/or to seek leave to file a Second Amended Complaint; and

WHEREAS, the parties conferred on extended deadlines for Illumina's response and any further reply or response by Element;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court that the following deadlines shall govern the response to the Partial Motion to Dismiss:

1. The deadline for Illumina to respond to the Partial Motion to Dismiss and/or to seek leave to file a Second Amended Complaint is extended through and including August 28, 2025.

2. The deadline for Element to file a Reply Brief in further support of its Partial Motion to Dismiss, if necessary, shall be extended through and including September 18, 2025.

3. The deadline for Element to file an opposition to any Motion to Amend filed by Illumina is extended through and including September 30, 2025.

RLF1 33552772v.1

| | |
|---|---|
| /s/ Kelly E. Farnan | /s/ Jennifer P. Siew |
| Kelly E. Farnan (#4395) | Pilar G. Kraman (No. 5199) |
| RICHARDS, LAYTON & FINGER, P.A. | Jennifer P. Siew (No. 7114) |
| One Rodney Square | YOUNG CONAWAY STARGATT & |
| 920 North King Street | TAYLOR, LLP |
| Wilmington, DE 19801 | Rodney Square |
| (302) 651-7700 | 1000 North King Street |
| farnan@rlf.com | Wilmington, DE 19801 |
| | (302) 571-6600 |
| | pkraman@ycst.com |
| *Attorneys for Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd.* | jsiew@ycst.com |
| | *Attorneys for Defendant Element Biosciences, Inc.* |

Dated: August 11, 2025

SO ORDERED this __ day of _____, 2025

  
_____  
United States District Judge

2