# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ELEMENT BIOSCIENCES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 25-602-RGA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF FILING OF MULTI-MEDIA MATERIALS

PLEASE TAKE NOTICE that on September 9, 2025, Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd. caused to be lodged with the Court a USB drive containing Exhibits 26–27 and 30–31 to the Second Amended Complaint.

OF COUNSEL:

Keith R. Hummel
Sharonmoyee Goswami
Jonathan D. Mooney
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

Dated: September 9, 2025

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Plaintiffs*