# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ELEMENT BIOSCIENCES, INC., <br><br> Defendant. | ) ) ) ) ) C.A. No. 25-602-JLH ) ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 23, 2025, true and correct copies of (1) Plaintiffs' First Set of Interrogatories to Element; and (2) Plaintiffs' First Set of Requests to Defendant Element for the Production of Documents and Things were caused to be served on the following counsel as indicated:

**BY ELECTRONIC MAIL**
Pilar G. Kraman
Jennifer P. Siew
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Kevin P.B. Johnson
Andrew J. Bramhall
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

**BY ELECTRONIC MAIL**
David Bilsker
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

|  |  |
|---|---|
| OF COUNSEL:<br>Keith R. Hummel<br>Sharonmoyee Goswami<br>Jonathan D. Mooney<br>CRAVATH, SWAINE & MOORE LLP<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>(212) 474-1000 | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br><br>*Attorneys for Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd.* |

Dated: September 24, 2025