**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ELEMENT BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 25-602-JLH |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 24, 2025, the following were served on the counsel listed below in the manner indicated:

1) Defendant Element Biosciences, Inc.'s First Set of Requests for Production to Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd. (Nos. 1-102); and

2) Defendant Element Biosciences, Inc.'s First Set of Interrogatories to Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd. (Nos. 1-13).

**BY EMAIL**

| | |
|---|---|
| Kelly E. Farnan | Keith R. Hummel |
| RICHARDS, LAYTON & FINGER, P.A. | Sharonmoyee Goswami |
| One Rodney Square | Jonathan D. Mooney |
| 920 North King Street | Cravath, Swaine & Moore LLP |
| Wilmington, DE 19801 | Two Manhattan West |
| farnan@rlf.com | 375 Ninth Avenue |
| | New York, NY 10001 |
| | khummel@cravath.com |
| | sgoswami@cravath.com |
| | jmooney@cravath.com |

PLEASE TAKE FURTHER NOTICE that on September 24, 2025, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

Of Counsel:

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Kevin P.B. Johnson
Andrew Bramhall
Margaret Shyr
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
andrewbramhall@quinnemanuel.com
margaretshyr@quinnemanuel.com

David Bilsker
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidbilsker@quinnemanuel.com


Dated: September 24, 2025

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Jennifer P. Siew*
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
 Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
jsiew@ycst.com

*Attorneys for Element Biosciences, Inc.*