# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ELEMENT BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 25-602-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 23, 2025, the following were served on the counsel listed below in the manner indicated:

1) Element Biosciences, Inc.'s Objections and Responses to Plaintiffs' First Set of Requests for the Production of Documents and Things (Nos. 1-70); and

2) Defendant Element Biosciences, Inc.'s Objections and Responses to Plaintiffs' First Set of Interrogatories.

**BY EMAIL**

| | |
|---|---|
| Kelly E. Farnan <br> RICHARDS, LAYTON & FINGER, P.A. <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> farnan@rlf.com | Keith R. Hummel <br> Sharonmoyee Goswami <br> Jonathan D. Mooney <br> CRAVATH, SWAINE & MOORE LLP <br> Two Manhattan West <br> 375 Ninth Avenue <br> New York, NY 10001 <br> khummel@cravath.com <br> sgoswami@cravath.com <br> jmooney@cravath.com |

PLEASE TAKE FURTHER NOTICE that on October 23, 2025, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

<div style="display: flex;">
<div>

Of Counsel:

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Kevin P.B. Johnson
Andrew Bramhall
Margaret Shyr
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
andrewbramhall@quinnemanuel.com
margaretshyr@quinnemanuel.com

David Bilsker
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidbilsker@quinnemanuel.com

Dated: October 23, 2025

</div>
<div>

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Daniel G. Mackrides*
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
jsiew@ycst.com
dmackrides@ycst.com

*Attorneys for Element Biosciences, Inc.*

</div>
</div>

2