IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ELEMENT BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 25-602-JLH |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Margaret H.S. Shyr, Hana Oh, and Andrew Tigchelaar, of Quinn Emanuel Urquhart & Sullivan, LLP, to represent Element Biosciences, Inc. in the above-captioned action.

Of Counsel:

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Kevin P.B. Johnson
Andrew Bramhall
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
kevinjohnson@quinnemanuel.com
andrewbramhall@quinnemanuel.com

David Bilsker
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidbilsker@quinnemanuel.com

Dated: October 31, 2025

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Daniel G. Mackrides*
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
jsiew@ycst.com
dmackrides@ycst.com

*Attorneys for Element Biosciences, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Margaret H.S. Shyr, Hana Oh, and Andrew Tigchelaar, is GRANTED.

Date: _____, 2025

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the State Bar of California, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order Re: Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 will be submitted to the Clerk of the Court upon the filing of this motion.

Dated: October 31, 2025                  */s/ Margaret H.S. Shyr*
                                                    Margaret H.S. Shyr
                                                    QUINN EMANUEL URQUHART
                                                      & SULLIVAN, LLP
                                                    555 Twin Dolphin Dr., 5th Floor
                                                    Redwood Shores, CA 94065
                                                    (650) 801-5000
                                                    margaretshyr@quinnemanuel.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the State Bar of California, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order Re: Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 will be submitted to the Clerk of the Court upon the filing of this motion.

Dated: October 31, 2025            */s/ Hana Oh*
                                                Hana Oh
                                                QUINN EMANUEL URQUHART
                                                 &amp; SULLIVAN, LLP
                                                865 S. Figueroa St., 10th Floor
                                                Los Angeles, CA 90017
                                                (213) 443-3000
                                                hanaoh@quinnemanuel.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the State Bar of New York, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order Re: Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 will be submitted to the Clerk of the Court upon the filing of this motion.

Dated: October 31, 2025         */s/ Andrew Tigchelaar*
                                Andrew Tigchelaar
                                QUINN EMANUEL URQUHART
                                 & SULLIVAN, LLP
                                295 5th Avenue
                                New York, NY 10016
                                (212) 849-7000
                                andrewtigchelaar@quinnemanuel.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 31, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
farnan@rlf.com

Keith R. Hummel
Sharonmoyee Goswami
Jonathan D. Mooney
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
khummel@cravath.com
sgoswami@cravath.com
jmooney@cravath.com

illumina-element-associates@cravath.com

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Daniel G. Mackrides*
Pilar G. Kraman (No. 5199)
Jennifer P. Siew (No. 7114)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
pkraman@ycst.com
jsiew@ycst.com
dmackrides@ycst.com

*Attorneys for Element Biosciences, Inc.*