# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ELEMENT BIOSCIENCES, INC., <br><br> Defendant. | C.A. No. 25-602-JLH-EGT |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 10, 2025, the following was served on the counsel listed below in the manner indicated:

1) Defendant Element Biosciences, Inc.'s Rule 26(a)(1) Initial Disclosures.

**BY EMAIL**

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
farnan@rlf.com

Keith R. Hummel
Sharonmoyee Goswami
Jonathan D. Mooney
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
khummel@cravath.com
sgoswami@cravath.com
jmooney@cravath.com
illumina-element-associates@cravath.com

PLEASE TAKE FURTHER NOTICE that on November 10, 2025, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the counsel listed above.

| | |
|---|---|
| Of Counsel:<br><br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>Kevin P.B. Johnson<br>Andrew Bramhall<br>Margaret Shyr<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>(650) 801-5000<br>kevinjohnson@quinnemanuel.com<br>andrewbramhall@quinnemanuel.com<br>margaretshyr@quinnemanuel.com<br><br>David Bilsker<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600<br>davidbilsker@quinnemanuel.com<br><br>Hana Oh<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br>hanaoh@quinnemanuel.com<br><br>Andrew Tigchelaar<br>295 5th Ave.<br>New York, NY 10016<br>(212) 849-7000<br>andrewtigchelaar@quinnemanuel.com<br><br>Dated: November 10, 2025 | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br><br>*/s/ Daniel G. Mackrides*<br>Pilar G. Kraman (No. 5199)<br>Jennifer P. Siew (No. 7114)<br>Daniel G. Mackrides (No. 7230)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>pkraman@ycst.com<br>jsiew@ycst.com<br>dmackrides@ycst.com<br><br>*Attorneys for Element Biosciences, Inc.* |