# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD., ) ) ) | |
| Plaintiffs, ) ) | C.A. No. 25-602-JLH-EGT |
| v. ) ) | |
| ) | **JURY TRIAL DEMANDED** |
| ELEMENT BIOSCIENCES, INC., ) ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 10, 2025, true and correct copies of Illumina's Initial Disclosures Pursuant to Rule 26(a)(1) were caused to be served on the following counsel as indicated:

**BY ELECTRONIC MAIL**
Pilar G. Kraman
Jennifer P. Siew
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Kevin P.B. Johnson
Andrew J. Bramhall
Margaret H.S. Shyr
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

**BY ELECTRONIC MAIL**
David Bilsker
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

**BY ELECTRONIC MAIL**
Andrew Tigchelaar
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
9th Floor
New York, NY 10016

|  |  |
|---|---|
| | */s/ Kelly E. Farnan* |
| OF COUNSEL: | Kelly E. Farnan (#4395) |
| Keith R. Hummel | Richards, Layton & Finger, P.A. |
| Sharonmoyee Goswami | One Rodney Square |
| Jonathan D. Mooney | 920 North King Street |
| CRAVATH, SWAINE & MOORE LLP | Wilmington, DE 19801 |
| Two Manhattan West | (302) 651-7700 |
| 375 Ninth Avenue | farnan@rlf.com |
| New York, NY 10001 | |
| (212) 474-1000 | *Attorneys for Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd.* |

Dated:   November 10, 2025

2