Kelly E. Farnan
302-651-7705
Farnan@RLF.com

**RICHARDS LAYTON & FINGER**

November 11, 2025

**VIA CM/ECF AND HAND DELIVERY**
The Honorable Eleanor G. Tennyson
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    Re:   *Illumina, Inc., et al. v. Element Biosciences, Inc.,*
           C.A. No. 25-602-JLH-EGT

Dear Judge Tennyson:

    Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd. (together, "Illumina") and Defendant Element Biosciences, Inc. ("Element") held a Rule 26(f) conference in the above-captioned matter on September 22, 2025.

    Illumina and Element respectfully request that the Court schedule a Rule 16 scheduling conference in the above-captioned matter to provide the parties with guidance regarding the Court's scheduling preferences.

    We appreciate your consideration and remain available if the Court has any questions.

    Respectfully,

    */s/ Kelly E. Farnan*

    Kelly E. Farnan (#4395)

cc: Counsel of Record (By CM/ECF)