# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLUMINA, INC. AND ILLUMINA CAMBRIDGE, LTD., | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 25-602-JLH-EGT |
| v. | ) ) ) **JURY TRIAL DEMANDED** |
| ELEMENT BIOSCIENCES, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 21, 2025, true and correct copies of Plaintiffs' Supplemental Responses and Objections to Defendant's First Set of Interrogatories (Nos. 3 and 4) were caused to be served on the following counsel as indicated:

**BY ELECTRONIC MAIL**
Pilar G. Kraman
Jennifer P. Siew
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Kevin P.B. Johnson
Andrew J. Bramhall
Margaret H.S. Shyr
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065

**BY ELECTRONIC MAIL**
David Bilsker
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

**BY ELECTRONIC MAIL**
Andrew Tigchelaar
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
9th Floor
New York, NY 10016

**BY ELECTRONIC MAIL**
Hana Oh
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

| | |
|---|---|
| | /s/ Kelly E. Farnan |
| OF COUNSEL: | Kelly E. Farnan (#4395) |
| Keith R. Hummel | Richards, Layton & Finger, P.A. |
| Sharonmoyee Goswami | One Rodney Square |
| Jonathan D. Mooney | 920 North King Street |
| CRAVATH, SWAINE & MOORE LLP | Wilmington, DE 19801 |
| Two Manhattan West | (302) 651-7700 |
| 375 Ninth Avenue | farnan@rlf.com |
| New York, NY 10001 | |
| (212) 474-1000 | *Attorneys for Plaintiffs Illumina, Inc. and Illumina Cambridge, Ltd.* |

Dated:   November 21, 2025